JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAM SARKISYAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.: 2:19-CV-09026 JFW-GJSx<br><br>**JUDGMENT**<br><br>Hon. John F. Walter<br>Courtroom 7A |

This action came before the Court for a bench trial on November 17, 2020, with Judge John F. Walter presiding. After hearing the evidence and considering the parties' post-trial proposed findings of fact and conclusions of law, on January 29, 2021, the Court issued its Findings of Fact and Conclusions of Law in favor of Defendant and against Plaintiff. (Docket No. 185.)

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, pursuant to the Court's Findings of Fact and Conclusions of Law, that judgment is entered in favor of Defendant, United States of America, and against Plaintiff, Mariam Sarkisyan. Defendant shall recover its costs, and Plaintiff shall recover nothing in this action.

Dated: February 3, 2021

Hon. John F. Walter, U.S. District Judge

1